UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br>            Plaintiff, <br>     v. <br><br> CY EXPO LLC, a Nevada limited liability company, <br>            Defendant, <br><br>     v. <br><br> J.P. MORGAN CHASE BANK NA, <br>            Garnishee-Defendant. | NO.    2:25-mc-00009-JHC <br><br> JUDGMENT ON ANSWER OF GARNISHEE DEFENDANT AND ORDER TO PAY |

## I.    JUDGMENT SUMMARY

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Garnishee Judgment Debtor: | CY Expo LLC |
| Garnishee-Defendant: | J.P. Morgan Chase Bank NA |
| Garnishment Judgment Amount: | $22,729.10 |
| Balance on Judgment: | $40,517.95 |
| Costs Judgment Amount (Costs): | $177.00 |
| Costs Judgment Amount (Attorneys' Fees) | $100.00 |
| Interest on Judgment from 12/20/24-1/31/25 | $235.20 (per day rate of estimated interest: $1.05) |
| Other Recovery Amounts: | NONE |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | Reid, Ballew & Leahy, L.L.P. |

## II.   BASIS

IT APPEARING THAT garnishee was indebted to defendant in the nonexempt amount of $40,753.15 ($40,517.95 (judgment) + $235.20 (interest)); that at the time the Writ of Garnishment was issued defendant maintained a financial institution account with garnishee, or garnishee had in its possession or control funds, personal property, or effects of defendant in the amount of $22,729.10 (*see,* Garnishee Defendant's Answer attached as Exhibit A hereto); and that plaintiff has incurred recoverable costs of $177.00, and attorneys' fees of $100.00, for a total of $277.00 in costs and attorneys' fees; now, therefore, it is hereby

## III.   ORDER

ORDERED that plaintiff is awarded judgment against garnishee in the amount of $22,425.10; and that plaintiff is also awarded judgment against defendant in the amount of $277.00 for recoverable costs and attorneys' fees, for a total of $22,729.10 ($22,425.10 + $277.00).

Garnishee shall pay its judgment amount to plaintiff's attorney, and if any payment is received by the clerk of the court, the clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the principal amount of $22,425.10 plus all accrued interest ($22,729.10), payable to Northwest Administrators, Inc. and mail or deliver the check(s) to payee's attorney:

Reid, Ballew & Leahy, L.L.P
Attention: Russell J. Reid
100 West Harrison Street
North Tower Suite 300
Seattle WA 98119

Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

Dated: August 4, 2025

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Court Address:

Clerk, United States District Court
Western District of Washington at Seattle
700 Stewart Street, Suite 2310
Seattle WA 98101